NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. FINGER,**

*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent.*

---

2012-3122

---

Petition for review of the Merit Systems Protection Board in No. AT3330110522-I-1.

---

**JUDGMENT**

---

TANIEL E. ANDERSON, Arent Fox LLP, of Washington, DC, argued for petitioner. With him on the brief was ANTHONY W. SHAW.

SARA B. REARDEN, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were JAMES M. EISENMANN, General Counsel, and KEISHA DAWN BELL, Deputy General Counsel. Of counsel was

ANTONIA RAMOS SOARES, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and WALLACH, *Circuit Judges.*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


April 4, 2013        /s/ Jan Horbaly
Date             Jan Horbaly
              Clerk